**Order entered December 30, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00585-CV

### IN THE INTEREST OF S.B.H., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-13791**

## ORDER

Before the Court is appellee's December 23, 2014, unopposed motion for substitution of counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove David R. Weiner and Thomas A. Greenwald as counsel for appellee and to substitute Chad Baruch in their place.

/s/    CRAIG STODDART
       JUSTICE